| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Robbie L. Codner <br> First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–0943 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    3/1/19 |
| Case number: | 19–14318–ABA | Date case converted to chapter: | 7    7/19/19 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Robbie L. Codner | |
| 2. | **All other names used in the last 8 years** | aka Robbie L. Carroll, aka Robbie L. Harris | |
| 3. | **Address** | 11 Sunset Lane <br> Bridgeton, NJ 08302 | |
| 4. | **Debtor's attorney** <br> Name and address | Seymour Wasserstrum <br> Law Offices of Seymour Wasserstrum <br> 205 West Landis Avenue <br> Vineland, NJ 08360 | Contact phone (856) 696–8300 |
| 5. | **Bankruptcy trustee** <br> Name and address | Andrew Sklar <br> 1200 Laurel Oak Road <br> Suite 102 <br> Voorhees, NJ 08043 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br><u>www.njb.uscourts.gov</u>. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 7/22/19 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **September 16, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 11/15/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-14318-ABA
Robbie L. Codner                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Jul 22, 2019
                              Form ID: 309A            Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.
db             +Robbie L. Codner,    11 Sunset Lane,    Bridgeton, NJ 08302-3128
518060146       APS,    2527 Cranberry Hwy,    Re: Regional Diagnostic Imaging,    Wareham, MA 02571-1046
518060148      +Bayada Pharmacy,    101 Executive Dr. St. 10,    Moorestown, NJ 08057-4236
518060155     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court:  Continental Finance,    PO Box 30311,    Tampa, FL 33630-3311)
518060152      +City Of Bridgeton,    181 East Commerce Street,    Office Of Tax Collector,
                Bridgeton, NJ 08302-2623
518144977       EOS CCA,    700 Longwater Drive,    Boston, MA 02298
518144948      +Fairfield Township Tax Collector,    PO Box 240,    Fairton, NJ 08320-0240
518060162      +Inspira Medical Center Woodbury Inc,    509 N. Broad Street,    Woodbury, NJ 08096-1697
518060166       Jewelry Television Prefered Account,    PO Box 2394,    Omaha, NE 68103-2394
518060168      +Mariner Finance,    3301 Boston Street,    Baltimore, MD 21224-4979
518060170      +Nationwide Recovery Systems,    2304 Tarpley Road, Suite 134,    Carrollton, TX 75006-2470
518060171       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
518060175      +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4636
518060174      +Physical Therapy Services,    70 Manhein Ave.,    Bridgeton, NJ 08302-2136
518060176       Preferred Credit,    PO Box 1679,    Saint Cloud, MN 56302-1679
518060178       Professional Credit Services,    P.O. Box 13128,    C/O Comcast,    Hauppauge, NY 11788
518060177       Professional Credit Services,    P.O. Box 13128,    Hauppauge, NY 11788
518060180      +Recon Ortho Assoc II PC,    Po Box 757910,    Philadelphia, PA 19175-7910
518060181      +Regional Diagnostic Imaging,    1505 W Sherman Ave,    Vineland, NJ 08360-7059
518060186     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,    P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518060184       Sko Brenner American,    40 Daniel Street Po Box 230,    Farmingdale, NY 11735-0230
518060185      +South Jersey Gas,    Po Box 577,    Attn: Mrs. DeMarco,    Hammonton, NJ 08037-0577
518060187       Stellar Recovery,    P.O. Box 1234,    Fort Mill, SC 29716-1234
518060189      +Thomas Dwyer, MD,    PO Box 2430,    Vineland, NJ 08362-2430
518060190      +Transworl Systems,    P.O. Box 1864,    Santa Rosa, CA 95402-1864
518076870      +U.S. Dept of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
518060194      +Western Sky,    P.O. Box 370,    Timerber Lake, SD 57656-0370
518144973      +Wonder Cooker,    PO Box 406,    Farmingdale, NY 11735-0406
518060157      +cumberland air solutions,    78 west park ave #11,    Vineland, NJ 08360-3534
518060172      +pas outreach tech lab,    600 e genesee st ste 305,    Syracuse, NY 13202-3108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mylawyer7@aol.com Jul 23 2019 00:16:08      Seymour Wasserstrum,
                Law Offices of Seymour Wasserstrum,    205 West Landis Avenue,    Vineland, NJ  08360
tr             +EDI: BASKLAR.COM Jul 23 2019 03:43:00      Andrew Sklar,    1200 Laurel Oak Road,    Suite 102,
                Voorhees, NJ 08043-4317
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 00:18:39      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 00:18:36      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518060145       EDI: CBSAMERIMARK Jul 23 2019 03:43:00      AmeriMark Premier,    Po Box 2845,
                Monroe, WI 53566-8045
518144715      +EDI: CBSAMERIMARK Jul 23 2019 03:43:00      Amerimark,    c/o Creditors Bankruptcy Service,
                P.O. Box 800849,    Dallas, TX 75380-0849
518060147       E-mail/Text: bankruptcy@pepcoholdings.com Jul 23 2019 00:18:02
                Atlantic City Electric Company,    Pepco Holdings, Inc.,
                Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                Carneys Point, NJ 08069-3600
518213283      +EDI: ATLASACQU.COM Jul 23 2019 03:43:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
518060151       E-mail/Text: bankruptcy@cashcall.com Jul 23 2019 00:19:15      CashCall Inc,
                1600 S. Douglas Rd,    Anaheim, CA 92806
518060149       E-mail/Text: clientrep@capitalcollects.com Jul 23 2019 00:19:27      Capital Collections,
                PO Box 150,    c/o Inspira,    West Berlin, NJ 08091
518060150      +EDI: RMSC.COM Jul 23 2019 03:43:00      Care Credit,    PO Box 981439,    El Paso, TX 79998-1439
518225327      +E-mail/Text: bncmail@w-legal.com Jul 23 2019 00:18:45      CashCall, Inc.,
                C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518144976      +E-mail/Text: compliance@chaserec.com Jul 23 2019 00:19:21      Chase Receivables,
                1247 Broadway,    Sonoma, CA 95476-7503
518060153       EDI: WFNNB.COM Jul 23 2019 03:43:00      Comenity,    P.O. Box 183003,    Columbus, OH 43218-3003
518060154       EDI: WFNNB.COM Jul 23 2019 03:43:00      Comenity Bank/Peebles,    Po Box 182789,
                Columbus, OH 43218-2789
518060156      +EDI: RCSFNBMARIN.COM Jul 23 2019 03:43:00      Credit One Bank,    PO BOX 98873,
                Las Vegas, NV 89193-8873
518060159      +E-mail/Text: info@fullcirclecollectionsllc.com Jul 23 2019 00:19:21
                Full Circle Financial Services,    Po Box 5689,    Clearwater, FL 33758-5689
518060160       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jul 23 2019 00:17:07
                Gateway One Lending & Finance,    160 North Riverview,    Anaheim, CA 92808

```
District/off: 0312-1          User: admin              Page 2 of 3            Date Rcvd: Jul 22, 2019
                              Form ID: 309A            Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518122253         E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jul 23 2019 00:17:07
                  Gateway One Lending & Finance, LLC,    175 N Riverview Drive,    Anaheim, CA 92808
518060161         E-mail/Text: jkatsios@gsicollections.com Jul 23 2019 00:18:05      GSI Recovery,    Po Box 127,
                  Nutley, NJ 07110-0127
518060165         EDI: IRS.COM Jul 23 2019 03:43:00      Internal Revenue Service,    P.O. Box 744,
                  Special Procedure Branch,    Springfield, NJ 07081
518060167        +EDI: RESURGENT.COM Jul 23 2019 03:43:00      LVNV Funding,    Po Box 740281,
                  Houston, TX 77274-0281
518099288         EDI: RESURGENT.COM Jul 23 2019 03:43:00      LVNV Funding, LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
518230637         E-mail/Text: camanagement@mtb.com Jul 23 2019 00:18:07      M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0810
518230638         E-mail/Text: camanagement@mtb.com Jul 23 2019 00:18:07      M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0810,    M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0810
518060169        +EDI: CBS7AVE Jul 23 2019 03:43:00      Montgomery Ward,    1112 7th Avenue,
                  Monroe, WI 53566-1364
518144716        +EDI: CBS7AVE Jul 23 2019 03:43:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
                  P.O. Box 800849,    Dallas, TX 75380-0849
518060173         EDI: WFNNB.COM Jul 23 2019 03:43:00      Peebles,    P.O. Box 659465,
                  San Antonio, TX 78265-9465
518060179         E-mail/Text: bankruptcynotices@pch.com Jul 23 2019 00:18:06      Publishers Clearing House,
                  P.O. Box 26305,    Lehigh Vly, PA 18002-6305
518224690         EDI: Q3G.COM Jul 23 2019 03:43:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
518062891         EDI: Q3G.COM Jul 23 2019 03:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
518174019        +E-mail/Text: jkatsios@gsicollections.com Jul 23 2019 00:18:05
                  Regional Diagnostic Imaging, LLC,    c/o GSI Recovery, LLC,    PO Box 1026,
                  Bloomfield, NJ 07003-1026
518060182         EDI: RESURGENT.COM Jul 23 2019 03:43:00      Resurgent Capital,    P.O. Box 10826,
                  Greenville, NC 29603-0826
518060183        +EDI: CBS7AVE Jul 23 2019 03:43:00      Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
518144717        +EDI: CBS7AVE Jul 23 2019 03:43:00      Seventh Avenue,    c/o Creditors Bankruptcy Service,
                  P.O. Box 800849,    Dallas, TX 75380-0849
518144714        +EDI: CBSMASON Jul 23 2019 03:43:00      Stoneberry,    c/o Creditors Bankruptcy Service,
                  P.O. Box 800849,    Dallas, TX 75380-0849
518060188         EDI: CBSMASON Jul 23 2019 03:43:00      Stoneberry,    PO Box 2820,    Monroe, WI 53566-8020
518061221        +EDI: RMSC.COM Jul 23 2019 03:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
518060191         EDI: VERIZONCOMB.COM Jul 23 2019 03:43:00      Verizon,    P.O. Box 4830,
                  Trenton, NJ 08650-4830
518060192         E-mail/Text: bankruptcyreports@wakeassoc.com Jul 23 2019 00:19:15      Wakefield & Associates,
                  3091 S Jamaica St STE 200,    Aurora, CO 80014-2639
518151953        +EDI: WFFC.COM Jul 23 2019 03:43:00      Wells Fargo Bank, N.A.,    Attention Payment Processing,
                  MAC# F2302-04C,    1 Home Campus,    Des Moines, Iowa 50328-0001
518157890         EDI: WFFC.COM Jul 23 2019 03:43:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                  MAC#N9286-01Y,    1000 BLUE GENTIAN ROAD,    Eagan  MN 55121-7700
518060193         EDI: WFFC.COM Jul 23 2019 03:43:00      Wells Fargo Home Mortgage,    PO Box 10335,
                  Des Moines, IA 50306-0335
                                                                                               TOTAL: 43

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518225329*       +CashCall, Inc.,   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
518225347*       +CashCall, Inc.,   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
518060164*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,     PO Box 724,    Springfield, NJ 07081)
518060163*       +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518060158       ##+ellie's treasure,    84 East Commerce street,    Bridgeton, NJ 08302-2602
                                                                                               TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jul 22, 2019
                              Form ID: 309A            Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2019 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Gateway One Landing and Finance
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Melissa N. Licker    on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing LLC
               NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor   Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Robbie L. Codner mylawyer7@aol.com, ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```