**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robbie L. Codner | Social Security number or ITIN   xxx–xx–0943 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–14318–ABA | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Robbie L. Codner
  aka Robbie L. Carroll, aka Robbie L. Harris

<u>11/22/19</u>                                                     **By the court:**   <u>Andrew B. Altenburg Jr.</u>
                                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14318-ABA
Robbie L. Codner                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3           Date Rcvd: Nov 22, 2019
                              Form ID: 318             Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
```
db             +Robbie L. Codner,    11 Sunset Lane,    Bridgeton, NJ 08302-3128
518060146       APS,    2527 Cranberry Hwy,    Re: Regional Diagnostic Imaging,    Wareham, MA 02571-1046
518060148      +Bayada Pharmacy,    101 Executive Dr. St. 10,    Moorestown, NJ 08057-4236
518060155     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court:   Continental Finance,     PO Box 30311,    Tampa, FL 33630-3311)
518060152      +City Of Bridgeton,    181 East Commerce Street,    Office Of Tax Collector,
                 Bridgeton, NJ 08302-2623
518144977       EOS CCA,    700 Longwater Drive,    Boston, MA 02298
518144948      +Fairfield Township Tax Collector,    PO Box 240,    Fairton, NJ 08320-0240
518060162      +Inspira Medical Center Woodbury Inc,    509 N. Broad Street,    Woodbury, NJ 08096-1697
518060168      +Mariner Finance,    3301 Boston Street,    Baltimore, MD 21224-4979
518060170      +Nationwide Recovery Systems,    2304 Tarpley Road, Suite 134,    Carrollton, TX 75006-2470
518060171       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518060175      +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4636
518060174      +Physical Therapy Services,    70 Manhein Ave.,    Bridgeton, NJ 08302-2136
518060176       Preferred Credit,    PO Box 1679,    Saint Cloud, MN 56302-1679
518060178       Professional Credit Services,    P.O. Box 13128,    C/O Comcast,    Hauppauge, NY 11788
518060177       Professional Credit Services,    P.O. Box 13128,    Hauppauge, NY 11788
518060180      +Recon Ortho Assoc II PC,    Po Box 757910,    Philadelphia, PA 19175-7910
518060181      +Regional Diagnostic Imaging,    1505 W Sherman Ave,    Vineland, NJ 08360-7059
518060186     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,     P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518060184       Sko Brenner American,    40 Daniel Street Po Box 230,    Farmingdale, NY 11735-0230
518060185      +South Jersey Gas,    Po Box 577,    Attn: Mrs. DeMarco,    Hammonton, NJ 08037-0577
518060187       Stellar Recovery,    P.O. Box 1234,    Fort Mill, SC 29716-1234
518060189      +Thomas Dwyer, MD,    PO Box 2430,    Vineland, NJ 08362-2430
518076870      +U.S. Dept of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
518060194      +Western Sky,    P.O. Box 370,    Timerber Lake, SD 57656-0370
518144973      +Wonder Cooker,    PO Box 406,    Farmingdale, NY 11735-0406
518060157      +cumberland air solutions,    78 west park ave #11,    Vineland, NJ 08360-3534
518060172      +pas outreach tech lab,    600 e genesee st ste 305,    Syracuse, NY 13202-3108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 00:11:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 00:11:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Nov 23 2019 00:10:54
                 Gateway One Landing and Finance,    160 N. Riverview Drive,    Suite 100,
                 Anaheim, CA 92808-2293
518060145       EDI: CBSAMERIMARK Nov 23 2019 04:58:00      AmeriMark Premier,    Po Box 2845,
                 Monroe, WI 53566-8045
518144715      +EDI: CBSAMERIMARK Nov 23 2019 04:58:00      Amerimark,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518060147       E-mail/Text: bankruptcy@pepcoholdings.com Nov 23 2019 00:11:07
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
518213283      +EDI: ATLASACQU.COM Nov 23 2019 04:58:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518060151       E-mail/Text: bankruptcy@cashcall.com Nov 23 2019 00:11:36      CashCall Inc,
                 1600 S. Douglas Rd,    Anaheim, CA 92806
518060149       E-mail/Text: clientrep@capitalcollects.com Nov 23 2019 00:11:44      Capital Collections,
                 PO Box 150,    c/o Inspira,    West Berlin, NJ 08091
518060150      +EDI: RMSC.COM Nov 23 2019 04:58:00      Care Credit,    PO Box 981439,    El Paso, TX 79998-1439
518225327      +E-mail/Text: bncmail@w-legal.com Nov 23 2019 00:11:21      CashCall, Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518144976      +E-mail/Text: compliance@chaserec.com Nov 23 2019 00:11:38      Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
518060153       EDI: WFNNB.COM Nov 23 2019 04:58:00      Comenity,    P.O. Box 183003,    Columbus, OH 43218-3003
518060154       EDI: WFNNB.COM Nov 23 2019 04:58:00      Comenity Bank/Peebles,    Po Box 182789,
                 Columbus, OH 43218-2789
518060156      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 23 2019 00:17:35      Credit One Bank,
                 PO BOX 98873,    Las Vegas, NV 89193-8873
518060159      +E-mail/Text: info@fullcirclecollectionsllc.com Nov 23 2019 00:11:39
                 Full Circle Financial Services,    Po Box 5689,    Clearwater, FL 33758-5689
518060160       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Nov 23 2019 00:10:54
                 Gateway One Lending & Finance,    160 North Riverview,    Anaheim, CA 92808
518122253       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Nov 23 2019 00:10:54
                 Gateway One Lending & Finance, LLC,    175 N Riverview Drive,    Anaheim, CA 92808
```

```
District/off: 0312-1          User: admin              Page 2 of 3                Date Rcvd: Nov 22, 2019
                              Form ID: 318             Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518060161      E-mail/Text: jkatsios@gsicollections.com Nov 23 2019 00:11:09       GSI Recovery,    Po Box 127,
               Nutley, NJ 07110-0127
518060165      EDI: IRS.COM Nov 23 2019 04:58:00      Internal Revenue Service,    P.O. Box 744,
               Special Procedure Branch,    Springfield, NJ 07081
518060166      EDI: RMSC.COM Nov 23 2019 04:58:00      Jewelry Television Prefered Account,    PO Box 2394,
               Omaha, NE 68103-2394
518060167     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 00:17:14       LVNV Funding,
               Po Box 740281,    Houston, TX 77274-0281
518099288      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 00:17:36       LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518230637      E-mail/Text: camanagement@mtb.com Nov 23 2019 00:11:10       M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0810
518230638      E-mail/Text: camanagement@mtb.com Nov 23 2019 00:11:10       M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0810,    M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0810
518060169     +EDI: CBS7AVE Nov 23 2019 04:58:00      Montgomery Ward,    1112 7th Avenue,
               Monroe, WI 53566-1364
518144716     +EDI: CBS7AVE Nov 23 2019 04:58:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
               P.O. Box 800849,    Dallas, TX 75380-0849
518060173      EDI: WFNNB.COM Nov 23 2019 04:58:00      Peebles,    P.O. Box 659465,
               San Antonio, TX 78265-9465
518060179      E-mail/Text: bankruptcynotices@pch.com Nov 23 2019 00:11:10       Publishers Clearing House,
               P.O. Box 26305,    Lehigh Vly, PA 18002-6305
518224690      EDI: Q3G.COM Nov 23 2019 04:58:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               P.O. Box 788,    Kirkland, WA 98083-0788
518062891      EDI: Q3G.COM Nov 23 2019 04:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
518174019     +E-mail/Text: jkatsios@gsicollections.com Nov 23 2019 00:11:09
               Regional Diagnostic Imaging, LLC,    c/o GSI Recovery, LLC,    PO Box 1026,
               Bloomfield, NJ 07003-1026
518060182      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 00:17:15       Resurgent Capital,
               P.O. Box 10826,    Greenville, NC 29603-0826
518060183     +EDI: CBS7AVE Nov 23 2019 04:58:00      Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
518144717     +EDI: CBS7AVE Nov 23 2019 04:58:00      Seventh Avenue,    c/o Creditors Bankruptcy Service,
               P.O. Box 800849,    Dallas, TX 75380-0849
518144714     +EDI: CBSMASON Nov 23 2019 04:58:00      Stoneberry,    c/o Creditors Bankruptcy Service,
               P.O. Box 800849,    Dallas, TX 75380-0849
518060188      EDI: CBSMASON Nov 23 2019 04:58:00      Stoneberry,    PO Box 2820,    Monroe, WI 53566-8020
518061221     +EDI: RMSC.COM Nov 23 2019 04:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518060191      EDI: VERIZONCOMB Nov 23 2019 04:58:00      Verizon,    P.O. Box 4830,
               Trenton, NJ 08650-4830
518060192      E-mail/Text: bankruptcyreports@wakeassoc.com Nov 23 2019 00:11:36       Wakefield & Associates,
               3091 S Jamaica St STE 200,    Aurora, CO 80014-2639
518151953     +EDI: WFFC.COM Nov 23 2019 04:58:00      Wells Fargo Bank, N.A.,    Attention Payment Processing,
               MAC# F2302-04C,    1 Home Campus,    Des Moines, Iowa 50328-0001
518157890      EDI: WFFC.COM Nov 23 2019 04:58:00      Wells Fargo Bank, N.A.,    Default Document Processing,
               MAC#N9286-01Y,    1000 BLUE GENTIAN ROAD,    Eagan  MN 55121-7700
518060193      EDI: WFFC.COM Nov 23 2019 04:58:00      Wells Fargo Home Mortgage,    PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                               TOTAL: 43

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518225329*    +CashCall, Inc.,    C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
518225347*    +CashCall, Inc.,    C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
518060164*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    PO Box 724,    Springfield, NJ 07081)
518060163*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518060190    ##+Transworl Systems,    P.O. Box 1864,    Santa Rosa, CA 95402-1864
518060158    ##+ellie's treasure,    84 East Commerce street,    Bridgeton, NJ 08302-2602
                                                                                         TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1            User: admin              Page 3 of 3                Date Rcvd: Nov 22, 2019
                                Form ID: 318             Total Noticed: 71
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Gateway One Landing and Finance
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Melissa N. Licker    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing LLC
               NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Robbie L. Codner mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```